```
```

Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, NY 10018
(212) 218-5500

[Additional Counsel
Listed on Signature Page]

Attorneys for Defendants
*Wells Fargo & Co. and*
*Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUAN CARLOS MERINO and AGUSTIN MOREL, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, and WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>Defendants. | Civil Action No.: 2:16-cv-07840-ES-MAH<br><br>**NOTICE OF DEFENDANTS' MOTION TO ADMIT LOUISA JOHNSON, ESQ., *PRO HAC VICE*** |

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey, the undersigned attorney for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendants") will move before the Honorable Esther Salas, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, at a date and time convenient for the Court, for an Order granting Defendants' Application for *Pro Hac Vice* Admission for Louisa Johnson, a partner with the law firm of Seyfarth Shaw LLP, resident in its Atlanta office

Case 2:16-cv-07840-ES-MAH   Document 133   Filed 03/18/19   Page 2 of 3 PageID: 2556

(the "Motion"), to represent Wells Fargo in the above-captioned action in this Court. Counsel for Plaintiffs has consented to the *pro hac vice* admission of Ms. Johnson.

PLEASE TAKE FURTHER NOTICE that, in support of the Motion, Defendants shall rely upon the Declaration of Robert T. Szyba, Esq. and Declaration of Louisa Johnson, Esq. A proposed form of order is also submitted.

Respectfully submitted,

By: */s/ Robert T. Szyba*
Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Telephone: (212) 218-3351
rszyba@seyfarth.com

Richard Alfred *(pro hac vice)*
Alison Silveira *(pro hac vice)*
SEYFARTH SHAW LLP
Two Seaport Lane
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Fax: (617) 946-4801
ralfred@seyfarth.com
pbannon@seyfarth.com
asilveira@seyfarth.com

Timothy Watson *(pro hac vice)*
700 Milam Street, Suite 1400
Houston, Texas 77002-2797
Telephone: (713) 860-0065
Fax: (713) 225-2340
twatson@seyfarth.com
rhoffer@seyfarth.com

Attorneys for Defendants
*Wells Fargo & Company and*
*Wells Fargo Bank, N.A.*

Dated: March 18, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2019, I electronically filed the foregoing Notice of Defendants' Motion to Admit Louisa Johnson, *Pro Hac Vice*; Declaration of Robert T. Szyba, Esq.; Declaration of Louisa Johnson, Esq.; and Proposed Order, with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Robert T. Szyba*
Robert T. Szyba
